UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RICHARD D. WYNCOOP<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>RICHARD D. WYNCOOP<br><br>  Respondents | Case No.17-21173CMB<br><br>Chapter 13<br><br>Document No. 75 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __11th__ day of __March__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that

Washington Ford
Attn: Payroll
507 Washington Road, Rte. 19
Washington, PA 15301

is hereby ordered to immediately terminate the attachment of the wages of RICHARD D. WYNCOOP, social security number XXX-XX-9013. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD D. WYNCOOP.

FILED
3/11/22 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                 Case No. 17-21173-CMB
Richard D. Wyncoop                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                 User: auto                                                  Page 1 of 2

Date Rcvd: Mar 11, 2022                               Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Richard D. Wyncoop, 735 Woodlawn Dr., Washington, PA 15301-2835 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022                                   Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor CIS Financial Services Inc. dba CIS Home Loans ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Richard D. Wyncoop julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Marisa Myers Cohen
    on behalf of Creditor CIS Financial Services  Inc. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Money Source Inc. pawb@fedphe.com

Thomas Song
    on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 9