**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard D. Wyncoop**
Debtor(s)

Bankruptcy Case No.: 17−21173−CMB
Related to Doc. No. 78
Chapter: 13
Docket No.: 79 − 78

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of March, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/12/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21173-CMB

Richard D. Wyncoop     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Mar 28, 2022     Form ID: 408v     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Richard D. Wyncoop, 735 Woodlawn Dr., Washington, PA 15301-2835 |
| 14389691 | | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14634499 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 14673254 | | Grassy Sprain Group, Inc., 1003 Yamato Road, Suite 308, Boca Raton, FL 33431-4403 |
| 14736743 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14389695 | + | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409706 | + | Loan Depot, PO Box 504125, San Diego, CA 92150-4125 |
| 14409707 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14633790 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14389698 | | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14389699 | | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409712 | + | The Home Depot, PO Box 29429, Atlanta, GA 30359-0429 |
| 15050983 | + | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14409714 | | Western Reserve Hospital, 1990 23rd Street, Cuyahoga Falls, OH 44223 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14389682 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14389683 | | Email/Text: bk@avant.com | Mar 28 2022 23:39:00 | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14389684 | + | Email/Text: bk@avant.com | Mar 28 2022 23:39:00 | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14389685 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2022 23:39:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409697 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14697309 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., 851 Military St. N, Hamilton, AL 35570-3140 |
| 14389687 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., & CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14389686 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 23:41:26 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14637228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 23:41:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14652385 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14389688 | + | Email/Text: bankruptcy@clearviewfcu.org | | |

Case 17-21173-CMB    Doc 80    Filed 03/30/22    Entered 03/31/22 00:27:40    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 408v | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 28 2022 23:39:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14400656 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 28 2022 23:39:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14389692 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2022 23:39:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14635207 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 28 2022 23:38:00 | Home Depot Loan Services, 1797 N. E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14389693 | | Email/Text: BKRMailOPS@weltman.com | Mar 28 2022 23:39:00 | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14680818 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14389694 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662732 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745452 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 14389697 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:26 | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14688420 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14964575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2022 23:41:25 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14409710 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390958 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14401935 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14399217 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15050983 | + | Email/Text: BK@servicingdivision.com | Mar 28 2022 23:39:00 | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14389700 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:34 | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CIS Financial Services, Inc. |
| cr | | CIS Financial Services, Inc. dba CIS Home Loans |
| cr | | THE MONEY SOURCE INC. |
| cr | | The Money Source Inc. |
| 14389696 | | Loan Depot |
| cr | *+ | First Associates Loan Servicing, LLC, as agent for Loan Depot LLC, PO Box 503430, San Diego, CA 92150-3430 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14409692 | * | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |

| | | |
|---|---|---|
| 14409693 | * | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14409694 | *+ | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14409695 | * | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409696 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14409698 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14389689 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14389690 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409699 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409700 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409701 | * | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14409702 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14409703 | * | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14409704 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14409705 | *+ | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409708 | * | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14409709 | * | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14409711 | * | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409713 | * | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 5 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor CIS Financial Services Inc. dba CIS Home Loans ecfmail@mwc-law.com

Jerome B. Blank
    on behalf of Creditor The Money Source Inc. pawb@fedphe.com

Kenneth Steidl
    on behalf of Debtor Richard D. Wyncoop julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Marisa Myers Cohen
    on behalf of Creditor CIS Financial Services Inc. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Money Source Inc. pawb@fedphe.com

Thomas Song

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Mar 28, 2022 Form ID: 408v Total Noticed: 41

on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 9