**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD D. WYNCOOP<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:17-21173<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

March 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/28/2017 and confirmed on 6/8/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,820.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 177,820.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,200.00 | |
| Trustee Fee | 8,252.05 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,452.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| THE MONEY SOURCE INC | 62,326.93 | 62,326.93 | 0.00 | 62,326.93 |
| Acct: 2240 | | | | |
| THE MONEY SOURCE INC | 139.95 | 139.95 | 0.00 | 139.95 |
| Acct: 2240 | | | | |
| QUANTUM3 GROUP LLC AGNT - STERLIN | 4,830.13 | 4,830.13 | 0.00 | 4,830.13 |
| Acct: 5633 | | | | |
| CLEARVIEW FCU** | 0.00 | 42,212.00 | 0.00 | 42,212.00 |
| Acct: 2474 | | | | |
| CLEARVIEW FCU** | 0.00 | 41,053.00 | 0.00 | 41,053.00 |
| Acct: 2474 | | | | |
| | | | | 150,562.01 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD D. WYNCOOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 698.96 | 698.96 | 0.00 | 698.96 |
| Acct: 9013 | | | | |
| | | | | 698.96 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 8,285.07 | 924.61 | 0.00 | 924.61 |
| Acct: 3600 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 29,719.16 | 3,316.66 | 0.00 | 3,316.66 |
| Acct: 1734 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6221 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,316.33 | 370.10 | 0.00 | 370.10 |
| Acct: 3107 | | | | |
| CLEARVIEW FCU** | 7,688.44 | 858.03 | 0.00 | 858.03 |
| Acct: 2474 | | | | |
| FIFTH THIRD BANK | 7,555.27 | 843.17 | 0.00 | 843.17 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7819 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7867 | | | | |
| CAPITAL ONE NA** | 134.62 | 15.02 | 0.00 | 15.02 |
| Acct: 1834 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 27,232.61 | 3,039.16 | 0.00 | 3,039.16 |
| Acct: 1415 | | | | |
| GRASSY SPRAIN GROUP INC | 15,905.42 | 1,775.04 | 0.00 | 1,775.04 |
| Acct: 7149 | | | | |
| MIDLAND FUNDING LLC | 4,670.13 | 521.19 | 0.00 | 521.19 |
| Acct: 3259 | | | | |
| MERRICK/CWS | 7,331.12 | 818.15 | 0.00 | 818.15 |
| Acct: 0820 | | | | |
| HOME DEPOT LOAN SERVICES | 22,451.69 | 2,505.61 | 0.00 | 2,505.61 |
| Acct: 6608 | | | | |
| MIDLAND FUNDING LLC | 1,077.38 | 120.24 | 0.00 | 120.24 |
| Acct: 3736 | | | | |
| WESTERN RESERVE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6661 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9013 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| VICKIE MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AVANT CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOANDEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,106.98 |

TOTAL PAID TO CREDITORS                                                                                  166,367.95

TOTAL CLAIMED
PRIORITY            698.96
SECURED          67,297.01
UNSECURED       135,367.24

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD D. WYNCOOP

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-21173

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-21173-CMB
Richard D. Wyncoop | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Richard D. Wyncoop, 735 Woodlawn Dr., Washington, PA 15301-2835 |
| 14389691 | | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14634499 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 14673254 | | Grassy Sprain Group, Inc., 1003 Yamato Road, Suite 308, Boca Raton, FL 33431-4403 |
| 14736743 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14389695 | + | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409706 | + | Loan Depot, PO Box 504125, San Diego, CA 92150-4125 |
| 14409707 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14633790 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14389698 | | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14389699 | | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409712 | + | The Home Depot, PO Box 29429, Atlanta, GA 30359-0429 |
| 15050983 | + | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14409714 | | Western Reserve Hospital, 1990 23rd Street, Cuyahoga Falls, OH 44223 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14389682 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14389683 | | Email/Text: bk@avant.com | Mar 28 2022 23:39:00 | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14389684 | + | Email/Text: bk@avant.com | Mar 28 2022 23:39:00 | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14389685 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2022 23:39:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409697 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14697309 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., 851 Military St. N, Hamilton, AL 35570-3140 |
| 14389687 | + | Email/Text: bknotifications@cishomeloans.com | Mar 28 2022 23:39:00 | CIS Financial Services, Inc., & CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14389686 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 23:41:26 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14637228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 23:41:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14652385 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14389688 | + | Email/Text: bankruptcy@clearviewfcu.org | | |

Case 17-21173-CMB    Doc 81    Filed 03/30/22    Entered 03/31/22 00:27:40    Desc Imaged
                        Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 28 2022 23:39:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14400656 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 28 2022 23:39:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14389692 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2022 23:39:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14635207 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 28 2022 23:38:00 | Home Depot Loan Services, 1797 N. E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14389693 | | Email/Text: BKRMailOPS@weltman.com | Mar 28 2022 23:39:00 | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14680818 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14389694 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662732 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745452 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 23:41:22 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 14389697 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:27 | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14688420 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14964575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2022 23:41:17 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14409710 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390958 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14401935 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14399217 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15050983 | + | Email/Text: BK@servicingdivision.com | Mar 28 2022 23:39:00 | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14389700 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:18 | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CIS Financial Services, Inc. |
| cr | | CIS Financial Services, Inc. dba CIS Home Loans |
| cr | | THE MONEY SOURCE INC. |
| cr | | The Money Source Inc. |
| 14389696 | | Loan Depot |
| cr | *+ | First Associates Loan Servicing, LLC, as agent for Loan Depot LLC, PO Box 503430, San Diego, CA 92150-3430 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14409692 | * | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |

Case 17-21173-CMB   Doc 81   Filed 03/30/22   Entered 03/31/22 00:27:40   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| | | |
|---|---|---|
| 14409693 | * | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14409694 | *+ | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14409695 | * | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409696 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14409698 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14389689 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14389690 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409699 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409700 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409701 | * | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14409702 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14409703 | * | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14409704 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14409705 | *+ | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409708 | * | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14409709 | * | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14409711 | * | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409713 | * | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 5 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 30, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor CIS Financial Services Inc. dba CIS Home Loans ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Richard D. Wyncoop julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor CIS Financial Services Inc. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Thomas Song | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 41

on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 9