IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21173 CMB |
| | ) | Chapter 13 |
| Richard D. Wyncoop | ) | Docket No. |
| | ) | |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney, Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. The debtor had an address of 735 Woodlawn Drive Washington, PA 15301 at the time of case filing.

2. The debtor since moved and the new address is 714 W. Center Street, Fostoria, OH 44830.

WHEREFORE, the debtor, Richard Wyncoop, respectfully files this Notice of Change of Address.

Respectfully submitted,

April 25, 2022            /s/ Kenneth Steidl
DATE                      Kenneth Steidl, Esquire
                          Attorney for the Debtors

                          STEIDL & STEINBERG
                          707 Grant Street
                          Suite 2830
                          Pittsburgh, PA 15219
                          (412) 391-8000
                          ken.steidl@steidl-steinberg.com
                          PA ID. 34965