IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 17-21173 CMB |
| Richard D. Wyncoop ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Richard D. Wyncoop ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 2, 2017 at docket number 20, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


| | |
|---|---|
| April 19, 2022 | /s/ Richard D. Wyncoop |
| Date | Debtor |
| | |
| _____ | _____ |
| Date | Debtor |

Respectfully submitted,

<u>April 25, 2022</u>  
DATE

<u>/s/ Kenneth Steidl</u>  
Kenneth Steidl, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
707 Grant Street  
Suite 2830, Gulf Tower  
Pittsburgh, PA 15219  
(412) 391-8000  
ken.steidl@steidl-steinberg.com  
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**