**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard D. Wyncoop<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9013<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–21173–CMB | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard D. Wyncoop

<u>5/18/22</u>                                                         **By the court:** <u>Carlota M. Bohm</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard D. Wyncoop  
      Debtor

Case No. 17-21173-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 18, 2022      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard D. Wyncoop, 714 W. Center Street, Fostoria, OH 44830-1712 |
| 14389691 | | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14634499 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 14673254 | | Grassy Sprain Group, Inc., 1003 Yamato Road, Suite 308, Boca Raton, FL 33431-4403 |
| 14736743 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14389695 | + | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409706 | + | Loan Depot, PO Box 504125, San Diego, CA 92150-4125 |
| 14409707 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14633790 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14389698 | | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14389699 | | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409712 | + | The Home Depot, PO Box 29429, Atlanta, GA 30359-0429 |
| 14409714 | | Western Reserve Hospital, 1990 23rd Street, Cuyahoga Falls, OH 44223 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14389682 | | EDI: RMSC.COM | May 19 2022 03:33:00 | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14389683 | | Email/Text: bk@avant.com | May 18 2022 23:36:00 | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14389684 | + | Email/Text: bk@avant.com | May 18 2022 23:36:00 | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14389685 | | EDI: TSYS2 | May 19 2022 03:33:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409697 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14697309 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., 851 Military St. N, Hamilton, AL 35570-3140 |
| 14389687 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., & CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14389686 | | EDI: CAPITALONE.COM | May 19 2022 03:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14637228 | | EDI: CAPITALONE.COM | May 19 2022 03:33:00 | Capital One Bank (USA), N.A., PO Box 71083, |

| Recipient # | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14652385 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14389688 | + | Email/Text: bankruptcy@clearviewfcu.org | May 18 2022 23:36:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14400656 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 18 2022 23:36:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14389692 | | EDI: BLUESTEM | May 19 2022 03:33:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14635207 | + | Email/Text: bankruptcy@greenskycredit.com | May 18 2022 23:35:00 | Home Depot Loan Services, 1797 N. E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14389693 | | Email/Text: BKRMailOPS@weltman.com | May 18 2022 23:36:00 | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14680818 | | EDI: JEFFERSONCAP.COM | May 19 2022 03:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14389694 | | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662732 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:44:08 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745452 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:33:54 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14389697 | | EDI: RMSC.COM | May 19 2022 03:33:00 | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14688420 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14964575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 23:33:42 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14409710 | + | EDI: PENNDEPTREV | May 19 2022 03:33:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14409710 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390958 | + | EDI: RECOVERYCORP.COM | May 19 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14401935 | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14401935 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14399217 | | EDI: Q3G.COM | May 19 2022 03:33:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15050983 | + | Email/Text: BK@servicingdivision.com | May 18 2022 23:36:00 | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14389700 | | EDI: RMSC.COM | May 19 2022 03:33:00 | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CIS Financial Services, Inc. |
| cr | | CIS Financial Services, Inc. dba CIS Home Loans |
| cr | | THE MONEY SOURCE INC. |
| cr | | The Money Source Inc. |
| 14389696 | | Loan Depot |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | First Associates Loan Servicing, LLC, as agent for Loan Depot LLC, PO Box 503430, San Diego, CA 92150-3430 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14409692 | * | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14409693 | * | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14409694 | *+ | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14409695 | * | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409696 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14409698 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14389689 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14389690 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409699 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409700 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409701 | * | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14409702 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14409703 | * | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14409704 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14409705 | *+ | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409708 | * | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14409709 | * | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14409711 | * | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409713 | * | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 5 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor CIS Financial Services  Inc. dba CIS Home Loans ecfmail@mwc-law.com |
| Jerome B. Blank | |
| | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Kenneth Steidl | |
| | on behalf of Debtor Richard D. Wyncoop julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 42 |

Marisa Myers Cohen
    on behalf of Creditor CIS Financial Services  Inc. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Money Source Inc. pawb@fedphe.com

Thomas Song
    on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com


TOTAL: 9