IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD D. WYNCOOP

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 17-21173

Chapter 13

Document No.: 78

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __18th__ day of __May__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/18/22 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21173-CMB

Richard D. Wyncoop     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: May 18, 2022     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard D. Wyncoop, 714 W. Center Street, Fostoria, OH 44830-1712 |
| 14389691 | | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14634499 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 14673254 | | Grassy Sprain Group, Inc., 1003 Yamato Road, Suite 308, Boca Raton, FL 33431-4403 |
| 14736743 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14389695 | + | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409706 | + | Loan Depot, PO Box 504125, San Diego, CA 92150-4125 |
| 14409707 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14633790 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14389698 | | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14389699 | | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409712 | + | The Home Depot, PO Box 29429, Atlanta, GA 30359-0429 |
| 14409714 | | Western Reserve Hospital, 1990 23rd Street, Cuyahoga Falls, OH 44223 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14389682 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:36 | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14389683 | | Email/Text: bk@avant.com | May 18 2022 23:36:00 | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14389684 | + | Email/Text: bk@avant.com | May 18 2022 23:36:00 | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14389685 | | Email/Text: BarclaysBankDelaware@tsico.com | May 18 2022 23:36:00 | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14409697 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14697309 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., 851 Military St. N, Hamilton, AL 35570-3140 |
| 14389687 | + | Email/Text: bknotifications@cishomeloans.com | May 18 2022 23:36:00 | CIS Financial Services, Inc., & CIS Home Loans, PO Box 1906, Hamilton, AL 35570-1906 |
| 14389686 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:33:42 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14637228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:33:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14652385 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14389688 | + | Email/Text: bankruptcy@clearviewfcu.org | May 18 2022 23:36:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14400656 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 18 2022 23:36:00 | Fifth Third Bank, PO Box 9013, Addison, Texas |

Case 17-21173-CMB   Doc 88   Filed 05/20/22   Entered 05/21/22 00:25:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75001-9013 |
| 14389692 | | Email/Text: bnc-bluestem@quantum3group.com | May 18 2022 23:36:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14635207 | + | Email/Text: bankruptcy@greenskycredit.com | May 18 2022 23:35:00 | Home Depot Loan Services, 1797 N. E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14389693 | | Email/Text: BKRMailOPS@weltman.com | May 18 2022 23:36:00 | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14680818 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2022 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14389694 | | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14662732 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:44:11 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745452 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:44:08 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14389697 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14688420 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14964575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2022 23:33:42 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14409710 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390958 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:33:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14401935 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14399217 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15050983 | + | Email/Text: BK@servicingdivision.com | May 18 2022 23:36:00 | The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14389700 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:37 | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CIS Financial Services, Inc. |
| cr | | CIS Financial Services, Inc. dba CIS Home Loans |
| cr | | THE MONEY SOURCE INC. |
| cr | | The Money Source Inc. |
| 14389696 | | Loan Depot |
| cr | *+ | First Associates Loan Servicing, LLC, as agent for Loan Depot LLC, PO Box 503430, San Diego, CA 92150-3430 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14409692 | * | Amazon.com, c/o Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 14409693 | * | Avant, PO Box 9183380, Chicago, IL 60691-3380 |
| 14409694 | *+ | Avant, 222 North La Salle Street, Suite 1700, Chicago, IL 60601-1101 |
| 14409695 | * | Barclay's Bank, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

Case 17-21173-CMB    Doc 88    Filed 05/20/22    Entered 05/21/22 00:25:22    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| 14409696 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14409698 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14389689 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14389690 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409699 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409700 | * | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14409701 | * | Fifth Third Bank Mastercard, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14409702 | * | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 14409703 | * | JB Robinson Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14409704 | * | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14409705 | *+ | Lending Club & WebBank, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14409708 | * | Lowe's, c/o Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14409709 | * | Nationwide Visa, c/o Nationwide Bank, PO Box 660173, Dallas, TX 75266-0173 |
| 14409711 | * | The Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 14409713 | * | Walmart, c/o Synchrony Bank, P.O. Box 965023, Orlando, FL 32896-5023 |

TOTAL: 5 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor CIS Financial Services Inc. dba CIS Home Loans ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Richard D. Wyncoop julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor CIS Financial Services Inc. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor The Money Source Inc. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com |

TOTAL: 9